THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY BUSHFIELD, *et al.*, | CASE NO. C19-1626-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| C.R. BARD, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the case management deadlines (Dkt. No. 87). The parties argue that they need to complete additional discovery and would like to schedule time to mediate but have been hindered by the COVID-19 pandemic. Having reviewed the parties' motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS the case management deadlines as follows:

| DEADLINE | CURRENT DATES | AMENDED DATES |
|---|---|---|
| **Discovery Deadline** | December 11, 2020 | February 10, 2021 |
| **Mediation Deadline** | December 11, 2020 | February 10, 2021 |
| **Dispositive Motions Deadline** | January 12, 2021 | March 12, 2021 |
| **Pleading Amendment & Third Party Action Deadline** | April 2, 2021 | June 1, 2021 |
| **Pretrial Order Deadline** | April 2, 2021 | June 1, 2021 |

MINUTE ORDER
C19-1626-JCC
PAGE - 1

| **Trial Briefs and Proposed Voir Dire/Jury Instructions Deadline** | April 8, 2021 | June 7, 2021 |
|---|---|---|
| **Jury Trial** | April 12, 2021 | June 14, 2021 |

DATED this 11th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
