THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHY BUSHFIELD, *et al.*, | CASE NO. C19-1626-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| C.R. BARD, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' supplemental joint status report regarding the remaining case schedule (Dkt. No. 93). Having reviewed the parties' briefing and the relevant record and finding good cause, the Court ORDERS as follows:

1. The June 14, 2021 jury trial is CONTINUED until October 25, 2021 at 9:30 a.m.
2. Trial briefs, proposed voir dire questions, and proposed jury instructions are due by October 21, 2021.
3. The proposed pretrial order is due by October 15, 2021.
4. The dispositive motions and *Daubert* motion deadline is CONTINUED until May 31, 2021.
5. The expert discovery deadline is CONTINUED until April 30, 2021.

MINUTE ORDER
C19-1626-JCC
PAGE - 1

      The Court understands that Bard filed six motions in the MDL on November 1, 2018 that are still pending: one motion for partial summary judgment and five *Daubert* motions. (Dkt. No. 93 at 2–5.) Bard represents that its motion for partial summary judgment is fully briefed and does not need to be updated. (*Id.* at 2–3.) Therefore, the Court will schedule the motion for summary judgment for determination, even though its formatting does not comply with the Court's local rules. Although the Court's Local Civil Rules generally prohibit parties from filing "contemporaneous dispositive motions, each one directed toward a discrete issue or claim," because of the unusual procedural history of this case, the Court grants Bard leave to file a summary judgment motion by the new dispositive motions deadline addressing issues <u>not</u> covered in its pending summary judgment. W.D. Wash. Local Civ. R. 7(e)(3). The Court will construe the requirement that any future motion for summary judgment address only issues not covered by the pending motion for summary judgment strictly. The Court does not grant Bard leave to take "a second bite at the apple."

      Bard suggests that it may need to revise all of the *Daubert* motions, so the Court will not resolve those pending motions at this time. Instead, the Court ORDERS Bard to file updated versions of the motions that comply with the Court's local rules no later than May 31, 2021.

      DATED this 30th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
